No. 22-5438

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Aug 24, 2022
DEBORAH S. HUNT, Clerk

JACOB BRADLEY, aka Jack Bradley, et al.,

    Plaintiffs-Appellants,

v.

JEFFERSON COUNTY, KY PUBLIC SCHOOLS,

    Defendants-Appellees.

Before: GRIFFIN, NALBANDIAN, and READLER, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
from the Western District of Kentucky at Louisville.

THIS MATTER was heard on the record and the pleadings without oral argument. In accordance with the order entered on this date and incorporated herein,

IT IS HEREBY ORDERED that the appeal is DISMISSED.

                              ENTERED BY ORDER OF THE COURT

                              Deborah S. Hunt, Clerk