## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: January 12, 2024

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

     Re: Case No. 22-6091, *Jacob Bradley, et al v. Jefferson Co KY Public Schools, et al*
       Originating Case No. : 3:20-cv-00450

Dear Mr. Vilt,

 Enclosed is a copy of the mandate filed in this case.

            Sincerely yours,

            s/Mackenzie A. Collett
             For Leon Korotko

cc: Mr. Todd G. Allen
   Ms. Marianne S. Chevalier
   Ms. Dana Lucas Collins
   Ms. Amy Elizabeth Halbrook
   Mr. Byron E. Leet
   Mr. Steven Patrick Riley
   Mr. Joshua M. Salsburey
   Ms. Jessica R. Stigall
   Mr. Thomas Edwin Joseph Travis

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

_____

No: 22-6091

_____

Filed: January 12, 2024

JACOB BRADLEY, aka Jack Bradley; DANIEL BRADLEY; JUDITH BRADLEY

    Plaintiffs - Appellants

v.

JEFFERSON COUNTY, KY PUBLIC SCHOOLS; KENTUCKY DEPARTMENT OF EDUCATION; MOREHEAD STATE UNIVERSITY

    Defendants - Appellees

## MANDATE

  Pursuant to the court's disposition that was filed 12/21/2023 the mandate for this case hereby issues today.

COSTS:  None